JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (189985)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Fax: (408) 535-5066
E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00968 JW |
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL AND |
| v. | ) | [PROPOSED] ORDER |
| | ) | |
| EDWOOD FIELDS, | ) | |
| aka Raim Armad Zied, | ) | |
| | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

                                                  JOSEPH P. RUSSONIELLO
                                                  United States Attorney

Dated: July 2, 2010              /s/ Hanley Chew
                                                    HANLEY CHEW
                                                    Assistant United States Attorney

1 [~~PROPOSED~~] ORDER

2   The Court hereby grants the government leave to dismiss the indictment without prejudice.
3 The Clerk shall close this file.

4 DATED: July 8, 2010   _James Ware_
  THE HONORABLE JAMES WARE
5 United States District Court Judge

NOTICE OF DISMISSAL AND [PROPOSED] ORDER
U.S. v. FIELDS, No. CR 09-00968 JW          2